# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA FERNANDEZ, and PATRICIA FERNANDEZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DEBT ASSISTANCE NETWORK, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 19-cv-1442-MMA (JLB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 69] |

　　　The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See* Doc. No. 69.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

　　　**IT IS SO ORDERED**.

Dated: December 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge